UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. V-12-40 |
| | § | |
| SALVADOR FERNANDO MARROQUIN-MERIDA | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above Defendant has testified under oath or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel. Because the interests of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case. An appointment by a Magistrate Judge shall remain in effect if the case proceeds to District Court.

Preliminary and Detention hearings are scheduled for: **June 18, 2012 at 8:00 a.m.** Defendant speaks **Spanish** and will require the services of an interpreter. Counsel will be notified electronically via CM/ECF.

ORDERED this 14th day of June, 2012.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE